```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
                                                         :
ADORE ME, INC. et. al.,                                  :
                                                         :
                          Plaintiffs,                    :
                                                         :           20-CV-8867 (VSB)
        -against-                                        :
                                                         :               ORDER
WOLF et. al.,                                            :
                                                         :
                          Defendants.                    :
-------------------------------------------------------- X
```

VERNON S. BRODERICK, United States District Judge:

On January 8, 2021, the parties appeared before me for a telephonic conference to discuss Defendants' request for a 30-day extension of time to answer or otherwise respond to Plaintiffs' complaint. In light of the United States Citizenship and Immigration Services' decision to reopen Plaintiff's H–1B petition, I granted Defendants' extension request. Accordingly, it is hereby:

ORDERED Defendants shall answer or otherwise respond to Plaintiff's complaint on or before February 24, 2021.

FURTHER ORDERED that the parties shall submit a joint status letter on or before February 11, 2021.

SO ORDERED.

Dated: January 27, 2021
       New York, New York

*Vernon S. Broderick*
United States District Judge